IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTINA SCROGGINS**                                                               **PLAINTIFF**

v.                                        4:10-CV-00014 JWC

**MCGEE ET AL**                                                                   **DEFENDANTS**

## ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The trial scheduled for August 21, 2012, is cancelled.

IT IS THEREFORE ORDERED that the complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen this action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 1st day of August, 2012.

_____
JERRY W. CAVANEAU
UNITED STATES MAGISTRATE JUDGE